

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

REYNALDO COBIO CERVANTES  *
                          *
    VS                    *   MISC. NO. B00-031
                          *
WAYNE SCOTT, Executive Director *      B-00-129
TEXAS STATE DEPARTMENT OF *
CRIMINAL JUSTICE          *

## O R D E R

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **October 17, 2000.**

DONE at Brownsville, Texas, this **17th** day of August 2000.

_____
Felix Recio
United States Magistrate Judge