3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| REYNALDO COBIO CERVANTES, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-129 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION
FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, respondent herein ("the Director"), by and through his attorney, the Attorney General of Texas, and files this First Motion for Extension of Time with Brief in Support.

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of the court entered August 17, 2000, the Director is to file a responsive pleading by October 17, 2000.

**II.**

Although the undersigned has received the petitioner's ("Cervantes") records, the undersigned has not had sufficient time to review these records in order to determine the appropriate response to the allegations raised in the instant petition for habeas corpus. Thus, additional time is required and would be greatly appreciated. Therefore, Director respectfully requests an extension of thirty days, up to and including November 16, 2000. The undersigned apologizes for the delay; however, it is due to circumstances beyond his control.

As justification for this extension of time, since being assigned this case on August 28, 2000, the undersigned has filed fourteen responsive pleadings in other habeas cases, including a brief filed

today in the United States Court of Appeals for the Fifth Circuit, in *Heiser v. Johnson*, No. 00-10408. In addition, as of today, the undersigned has responsive pleadings due in sixteen other habeas cases over the next thirty days. Moreover, although the undersigned ordered Heiser's direct appeal records on September 6, 2000,[1] the records were not received until October 4, 2000. The undersigned assures this court that this request for an extension of time is not designed to harass the petitioner, nor to unnecessarily delay these proceedings. Rather, this extension is necessary to determine the appropriate response to the claims raised in the instant petition.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests an extension of thirty days, to November 16, 2000, to file a responsive pleading.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

*BROOKS MOORE
Assistant Attorney General
State Bar No. 24010246
Southern District Bar No. 24680

---

[1] The undersigned requested Heiser's direct appeal on September 1, 2000, and the records employee of this division ordered the records on September 6, 2000.

2

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that I have conferred with William Edward May, Jr., counsel for Reynaldo Cobio Cervantes, and he advised that he does not oppose the granting of this motion.

_____
BROOKS MOORE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 17th day of October, 2000, addressed to:

William Edward May, Jr.,
Attorney of Record for Reynaldo Cobio Cervantes
6000 S. Staples, Suite 404
Corpus Christi, Texas 78413

_____
BROOKS MOORE
Assistant Attorney General

3