4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REYNALDO COBIO CERVANTES, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-129 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

# ORDER

On this day came before the court for consideration Respondent Johnson's First Motion for Extension of Time and the court having considered said motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that the respondent's time for filing a responsive pleading should be and hereby is extended up to and including the 16th day of November, 2000.

SIGNED this 30th day of October, 2000.

_____
JUDGE PRESIDING