United States District Court
Southern District of Texas
FILED

FEB 23 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO COBIO CERVANTES<br>PETITIONER | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-129<br>UNOPPOSED |
| GARY JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>RESPONDENTS. | § § § § | |

**PETITIONERS REQUEST FOR THE EXTENSION OF TIME**

Comes now Bill May, counsel for the petitioner, Reynaldo Cobio Cervantes, and would show the following:

**I.**

Counsel for the petitioner has been in a two week jury trial in the 94th Judicial District Court, trial began on January 22, 2001 and ended on February 2, 2001. Prior to the jury trial counsel was ill, and unable to review case material or file an answer to Magisrtates Report and Recommendation.

**II.**

Counsel would now respectfully request that this Court grant him at least thirty days so that he may submit a timely Motion to Vacate Conviction.

WHEREFORE PREMISIS CONSIDERED petitioner requests that the Court grant additional 60 days time for counsel to file an answer.

Respectfully submitted,

*/s/ Bill May*
Bill May
Attorney at Law
SBN 13271600
6000 South Staples Suite 100
Corpus Christi, Texas 78413
(361)994-0322 (fax)994-9285

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO COBIO CERVANTES<br>PETITIONER | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-00-129 |
| | § | |
| GARY JOHNSON, DIRECTOR<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION<br>RESPONDENTS | §<br>§<br>§<br>§ | |

## CERTIFICATE OF SERVICE

I, BILL MAY, Attorney at law, do hereby certify that on this date I served a copy of the foregoing document by mail it to Brooks Moore, counsel of record in this cause, at P.O. Box 12548 Austin Texas 78711-2548.

_____
BILL MAY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **REYNALDO COBIO CERVANTES** | § | |
| **PETITIONER** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-00-129** |
| | § | **UNOPPOSED** |
| **GARY JOHNSON, DIRECTOR,** | § | |
| **TEXAS DEPARTMENT OF CRIMINAL** | § | |
| **JUSTICE, INSTITUTION DIVISION,** | § | |
| **RESPONDENTS.** | § | |

## CERTIFICATE OF CONSULTATION

I, Bill May, Counsel for the petitioner in the above named and numbered cause, do hereby certify, that my staff has consulted with Brooks Moore, Assistant Attorney General, and he is not opposed to the granting of this motion.

_____
BILL MAY