

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _M Ganz_

| | |
|---|---|
| REYNALDO COBIO CERVANTES, § <br> Petitioner, § <br> § <br> v. § <br> § CIVIL ACTION NO. B-00-129 <br> § <br> GARY JOHNSON, DIRECTOR, § <br> TEXAS DEPARTMENT OF CRIMINAL § <br> JUSTICE, INSTITUTIONAL DIVISION, § <br> Respondents. § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner Cervantes's § 2254 Motion (Pleading No. 1) is hereby DISMISSED as time-barred.

DONE in Brownsville, Texas this 26 day of July, 2001.

_____
Hilda Tagle
United States District Judge

4