UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 3 2001

Michael N. Milby
Clerk of Court

REYNALDO COBIO CERVANTES           *
                                   *
VS                                 *   C.A. NO. B-00-129
                                   *
GARY JOHNSON, DIRECTOR             *
TEXAS DEPARTMENT OF CRIMINAL       *
JUSTICE, INSTITUTIONAL DIVISION    *

# ORDER DENYING PETITIONER'S
# REQUEST FOR THE EXTENSION OF TIME

On this the 13th day of March 2001, came on to be considered Petitioner's Request for the Extension of Time (Pleading No. 9). The Court after considering said Motion is of the opinion that the Motion should be **denied**.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this 13th day of March 2001.

_____
Felix Recio
United States Magistrate Judge