12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2001

Michael N. Milby
Clerk of Court

Reynaldo Cobio Cervantes
Petitioner
   V.
Gary Johnson-Director
Respondent

CAB-00-129

### Notice of Appeal

Notice is hereby given that Reynaldo Cobio Cervantes, Petitioner herein, Will appeal the order Denying his 2254 Appliction for Writ of Habeas Corpus, to the united States Court of Appeals for The Fifth Circuit.

Respectfully Submitted,

*Reynaldo Cervantes*

Reynaldo Cobio Cervantes
In Propia Personam

### Certificate of Service

I Reynaldo Cobio Cervantes, hereby certify that a true, and correct copy of this notice of Appeal was mailed postage Pre-Paid to U.S. District Court-Brownsville Division, and the Respondents Attorney of Record, Brooks Moore. P.O. Box 12548 Austin, TX 78721-2548

Executed on this 13th day of April, 2001

Reynaldo Cobio Cervantes
TDCJ-ID #632644
9601 Spur 591
Amarillo, TX 79107-9606