*14*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-40440
USDC No. B-00-CV-129

REYNALDO COBIO CERVANTES,

Petitioner-Appellant,

versus

GARY L. JOHNSON, Director, Texas
Department of Criminal Justice,
Institutional Division,

Respondent-Appellee.

U.S. COURT OF APPEALS
**FILED**
MAY 0 8 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAY 1 5 2001
Michael N. Milby
Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas

Before POLITZ, JONES, and BARKSDALE, Circuit Judges.

BY THE COURT:

This court must examine the basis of its jurisdiction on its own motion if necessary. <u>Mosley v. Cozby</u>, 813 F.2d 659, 660 (5th Cir. 1987). Rule 4(a)(1)(A), Fed. R. App. P., requires that the notice of appeal in a civil case be filed within thirty days of entry of judgment. In this habeas corpus action, the district court entered a final judgment on February 28, 2001. Therefore, the final day for filing a timely notice of appeal was March 30, 2001. The petitioner's pro se notice of appeal is dated April 13, 2001, and it is stamped as filed on April 16, 2001. Because the notice of appeal is dated April 13, 2001, it could not have been deposited in the prison's mail system within the prescribed

01-40440
- 2 -

time. See Fed. R. App. P. 4(c)(1)(prisoner's pro se notice of appeal is timely filed if deposited in the institution's internal mail system on or before the last day for filing). The time limitation for filing a notice of appeal is jurisdictional, and the lack of a timely notice mandates dismissal of the appeal. Robbins v. Maggio, 750 F.2d 405, 408 (5th Cir. 1985).

APPEAL DISMISSED.

True copy
Test
lerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy MAY 8 2001
New Orleans, Louisiana

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

May 8, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 01-40440 Cervantes v. Johnson
      USDC No. B-00-CV-129

Enclosed is a certified copy of the judgment issued as the mandate.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By _____
        Peter Conners, Deputy Clerk

/pac
cc: w/encl:
    Mr Reynaldo Cobio Cervantes
    Mr Ross Rayburn

MDT-1