*15*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYNALDO COBIO CERVANTES, § <br> Petitioner, § <br> § <br> v. § <br> § CIVIL ACTION NO. B-00-129 <br> GARY JOHNSON, DIRECTOR, § <br> TEXAS DEPARTMENT OF CRIMINAL § <br> JUSTICE, INSTITUTIONAL DIVISION, § <br> Respondents. § <br> § | |

## ORDER

Having considered the above-referenced Petitioner's Motion for Equitable Relief from the Statute of Limitations in 28 U.S.C. 2254,[1] the Court is of the opinion that the Motion should be denied. Accordingly, Petitioner's Motion is hereby DENIED, and Petitioner's case is now closed.

Done in Brownsville, Texas, this 17 day of May, 2001.

Judge Hilda Tagle
United States District Judge

---

[1] *See* Pleading No. 13.