SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

February 19, 2002

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130



Re: Reynaldo Cobio Cervantes
v. Janie Cockrell, Director, Texas Department of
Criminal Justice, Institutional Division
No. 01-7169
(Your No. 01-40440)

Dear Clerk:

B-00-CV-129

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

U.S. COURT OF APPEALS
**FILED**
FEB 2 5 2002
CHARLES R. FULBRUGE III
CLERK

Brownsville